PER CURIAM.

(No. 75-CC-636—▮▮▮▮▮)

GRAPHIC SCIENCES, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed May 1, 1975.*

GRAPHIC SCIENCES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.